# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153698

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

GLENN ALLEN NORTON,
        Defendant-Appellant.

SC: 153698
COA: 324706
Oakland CC: 2014-249040-FC

_____/

On order of the Court, the application for leave to appeal the March 15, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2017

Clerk

a0123